IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNNE VERGNETTI, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 3:13-CV-02332 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Brann) |
| | : | |
| Defendant | : | |

ORDER
April 18, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Lynne Vergnetti and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Lynne Vergnetti supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

Conduct a new administrative hearing and appropriately evaluate Vergnetti's depressive disorder and concomitant symptoms.

3. The Clerk of Court shall close this case.

>BY THE COURT:
>
>s/Matthew W. Brann
>Matthew W. Brann
>United States District Judge